UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| CODY ALEXANDER, | : | VIOLATION: 21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess |
| Defendant. | : | with Intent to Distribute |
| | | Methamphetamine) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853(a), (p) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

From at least on or about October 2014, through on or about April 23, 2015, within the District of Columbia and elsewhere, **Cody Alexander** did knowingly and willfully combine, conspire, confederate and agree with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(**Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

      Respectfully submitted,

      Vincent H. Cohen, Jr.
      Acting United States Attorney
      D.C. Bar No. 471-489

By:   \_\_\_\_\_/s/_____
      JEFF PEARLMAN
      Assistant United States Attorney
      D.C. Bar No. 466901
      Violent Crime and Narcotics Trafficking Section
      555 4th Street, NW, 4th Floor
      Washington, DC 20530
      (202) 252-7228
      Jeffrey.pearlman@usdoj.gov