Rev. 3/2010

# Clerk's Office
## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Angela D. Caesar, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: _____June 18, 2015_____

UNITED STATES OF AMERICA

    v.                                                Criminal No.: ___15-74 (BAH)___

CODY ALEXANDER

                                                                **SEALED**

_____

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   Arraignment/Plea Hearing
DATE:                           July 1, 2015
TIME                            9:30 a.m.
JUDGE:                       Beryl A. Howell
COURTROOM:             No. 15   - Sixth     Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

                                                       ANGELA D. CAESAR, Clerk

                                  By:     _____Teresa Gumiel_____
                                                   Deputy Clerk

cc:    Chambers
       File
       Courtroom Clerk

       Counsel of Record
       Pretrial Services