UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-CR-74 (BAH) |
| v. | : | UNDER SEAL |
| CODY ALEXANDER,<br>         Defendant. | : | |

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through his attorney, the United States Attorney for the District of Columbia, hereby provides the Court with a status report.

On July 1, 2015, defendant Cody Alexander pled guilty pursuant to a cooperation plea agreement. The defendant is currently on release pending sentencing.

The defendant is continuing to cooperate and there are no issues to report to the Court. The defendant is not yet in a position to be sentenced. The government will file another status report in approximately ninety (90) days, on or about January 4, 2016.

Respectfully submitted,

VINCENT H. COHEN, JR.
ACTING UNITED STATES ATTORNEY
D.C. Bar No.: 471489

BY: _____
Jeff Pearlman
Assistant United States Attorney
DC Bar No. 466901
United States Attorney's Office
555 4th Street, N.W., Rm 4215
Washington, D.C. 20530
(202) 252-7228
jeffrey.pearlman@usdoj.gov

## Certificate of Service

I hereby certify that a copy of the foregoing was served on counsel for defendant, Bernie Grimm, by e-mail, this 1st day of October, 2015.

_____
Jeff Pearlman