**FILED**

DEC 7 - 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CODY ALEXANDER,
             Defendant.

Criminal Case No. 15-74 (BAH)

UNDER SEAL

### ORDER

Upon consideration of the government's unopposed Request for New Sentencing Date, it is:

**ORDERED that the sentencing in this matter is set for the 13th day of January, 2017, at 10:00 a.m.**

Beryl A. Howell
United States District Judge